UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
Jin Lin Yuan, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

            v.

JC 97 INC. d/b/a Shanghai Best,
"Allen" (first name unknown) Lau,

                    Defendants.
-----------------------------------------------------------------X

Case No: 2:19-cv-06739

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jin Lin Yuan hereby gives notice that the claims against JC 97 INC. d/b/a Shanghai Best, "Allen" (first name unknown) Lau, in the above-referenced action are voluntarily dismissed, without prejudice.

Dated: February 26, 2019

      HANG & ASSOCIATES, PLLC

By: _/s/ Ge Qu_
Ge Qu, Esq.
136-20 38th Ave., Suite #10G
Flushing, New York 11354
Telephone: (718) 353-8588
*Attorney for Plaintiff*